MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR(S):   TETZLAFF, PAUL R

CASE NUMBER:   07-34272:

PLEASE CHECK ONE:

☐   UNCLAIMED DIVIDENDS

■   DISTRIBUTION LESS THAN $5

| CREDITOR (NAME AND LAST KNOWN ADDRESS) | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| East Central Energy<br>PO Box 39<br>Braham, MN 55006 | 1 | $529.33 | $2.94 |
| Northern States Power dba Xcel Energy<br>3215 Commerce St.<br>La Crosse, WI 54603 | 6 | $633.26 | $3.51 |

DATE 1/13/10

TRUSTEE

Rec#1700

DISTRIBUTION:
Original to Clerk of Court

Printed: 09/29/09 03:26 PM  **Exhbit C**  Page: 1

### Case: 07-34272    TETZLAFF, PAUL R

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Secured Claims:** | | | | | | | | |
| 9 | 09/19/08 | 100 | CHISAGO COUNTY<br>COUNTY AUDITOR<br>313 N MAIN ST RM 271<br>CENTER CITY, MN 55032<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)> | 3,927.45 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | Priority 100:   0% Paid | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 11/08/07 | 200 | Patti J. Sullivan<br>1595 Selby Avenue<br>Suite 205<br>St. Paul, MN 55104<br><2100-00  Trustee Compensation> | 803.26 | 803.26 | 0.00 | 803.26 | 803.26 |
| | 11/08/07 | 200 | Patti J. Sullivan<br>1595 Selby Avenue<br>Suite 205<br>St. Paul, MN 55104<br><2200-00  Trustee Expenses> | 90.85 | 90.85 | 0.00 | 90.85 | 90.85 |
| | | | Total for Priority 200:   100% Paid | $894.11 | $894.11 | $0.00 | $894.11 | $894.11 |
| | | | Total for Admin Ch. 7 Claims: | $894.11 | $894.11 | $0.00 | $894.11 | $894.11 |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 04/03/08 | 610 | EAST CENTRAL ENERGY<br>PO BOX 39<br>BRAHAM, MN 55006<br><7100-00  General Unsecured § 726(a)(2)> | 529.33 | 529.33 | 0.00 | 529.33 | 2.94 |
| 2 | 04/07/08 | 610 | JOHNSON & TURNER<br>56 EAST BROADWAY AVE<br>STE 206<br>FOREST LAKE, MN 55025<br><7100-00  General Unsecured § 726(a)(2)> | 1,128.50 | 1,128.50 | 0.00 | 1,128.50 | 6.26 |
| 3 | 04/11/08 | 610 | LAMPERT YARDS INC<br>1850 COMO AVE<br>ST PAUL, MN 53108<br><7100-00  General Unsecured § 726(a)(2)> | 123,312.23 | 123,312.23 | 0.00 | 123,312.23 | 684.41 |
| 4 | 04/14/08 | 610 | THE RIVER BANK<br>304 CASCADE STREET<br>BOX 188<br>OSCEOLA, WI 54020<br><7100-00  General Unsecured § 726(a)(2)> | 11,054.67 | 11,054.67 | 0.00 | 11,054.67 | 61.36 |

Printed: 09/29/09 03:26 PM | **Exhbit C** | Page: 2

### Case: 07-34272   TETZLAFF, PAUL R

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 5 | 05/27/08 | 610 | PHARIA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br><7100-00  General Unsecured § 726(a)(2)> | 15,337.46 | 15,337.46 | 0.00 | 15,337.46 | 85.13 |
| 6 | 06/09/08 | 610 | NORTHERN STATES POWER CO<br>DBA XCEL ENERGY<br>3215 COMMERCE ST<br>LA CROSSE, WI 54603<br><7100-00  General Unsecured § 726(a)(2)> | 633.26 | 633.26 | 0.00 | 633.26 | 3.51 |
| 7 | 06/18/08 | 610 | Professional Finance, Inc.<br>1850 Como Avenue<br>St. Paul, MN 55108<br><7100-00  General Unsecured § 726(a)(2)> | 172,115.90 | 172,115.90 | 0.00 | 172,115.90 | 955.29 |
| 8 | 06/27/08 | 610 | FEDERATED FINANCIAL<br>CORPORATION OF AMERI<br>30955 NORTHWESTER HWY<br>FARMINGTON HILLS, MI 48334<br><7100-00  General Unsecured § 726(a)(2)> | 18,166.72 | 18,166.72 | 0.00 | 18,166.72 | 100.83 |
| | | | Total for Priority 610:   0.55503% Paid | $342,278.07 | $342,278.07 | $0.00 | $342,278.07 | $1,899.73 |
| | | | Total for Unsecured Claims: | $342,278.07 | $342,278.07 | $0.00 | $342,278.07 | $1,899.73 |
| | | | Total for Case : | $347,099.63 | $343,172.18 | $0.00 | $343,172.18 | $2,793.84 |